UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$126,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant,<br><br>　　and<br><br>TEZZAREE CHAMPION,<br><br>　　　　Claimant. | Case No. 23-mc-_____<br><br>**STIPULATION TO EXTEND TIME TO COMMENCE JUDICIAL FORFEITURE PROCEEDINGS** |

The Plaintiff, the United States of America, and the Claimant, Tezzaree Champion, through their respective attorneys, stipulate pursuant to 18 U.S.C. § 983(a)(3)(A) to extend the time in which the Plaintiff is required to file a Complaint for Forfeiture or to obtain an Indictment alleging forfeiture until January 28, 2024.

1. On April 26, 2023, the United States Postal Inspection Service ("USPIS") seized $126,000.00 in U.S. Currency from the Claimant ("the Defendant Currency").

2. The USPIS commenced administrative forfeiture proceedings for the Defendant Currency and sent written notice to all known interested parties of its intent to forfeit the Defendant Currency.

3. On June 30, 2023, USPIS received a claim for the Defendant Currency from Tezzaree Champion through his attorney, C. Connor Cremens.

4. The time has expired for any other person to file a claim for the Defendant

Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no other claims for any portion of the currency have been received from any other individual or entity.

5.  Under 18 U.S.C. § 983(a)(3)(A), the government has 90 days after a claim has been filed in an administrative action to bring a civil complaint for forfeiture, "except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

6.  The parties agree to extend the deadline under 18 U.S.C. § 983(a)(3) for filing a judicial forfeiture proceeding with respect to the Defendant Currency until January 28, 2024 in order to, among other things, allow time for settlement discussions.

Dated: 09/20/2023

ANDREW M. LUGER
United States Attorney

*s/Craig Baune*
BY: CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Craig.baune@usdoj.gov

Date:   09/20/2023

KOWITZ LAW

*s/  C. Connor Cremens*
C. CONNOR CREMENS, Esq.
Attorney ID No. 398326
P.O. Box 598
Lindstrom, MN 55045
651.560.5980
connor@kowitzlaw.com

Attorney for Claimant
Tezzaree Champion

2