# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 23-mc-93 (PJS/DTS) |
| Plaintiff, | |
| v. | |
| $126,000.00 in U.S. Currency, | |
| Defendant, | **ORDER** |
| and | |
| Tezzaree Champion, | |
| Claimant. | |

---

The parties filed a stipulation, Dkt. No. 3, to extend time to commence judicial forfeiture proceedings between the Plaintiff and the Claimant for the Defendant Currency.

**IT IS HEREBY ORDERED:** Judicial forfeiture proceedings against the Defendant $126,000.00 in U.S. Currency shall commence on or before January 28, 2024.

Dated: September 28, 2023

       s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge