# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$126,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant,<br><br>　　and<br><br>TEZZAREE CHAMPION,<br><br>　　　　Claimant. | Case No. 23-mc-93 (PJS/DTS)<br><br>**SECOND STIPULATION TO EXTEND TIME TO COMMENCE JUDICIAL FORFEITURE PROCEEDINGS** |

The Plaintiff, the United States of America, and the Claimant, Tezzaree Champion, through their respective attorneys, stipulate pursuant to 18 U.S.C. § 983(a)(3)(A) to extend the time in which the Plaintiff is required to file a Complaint for Forfeiture or to obtain an Indictment alleging forfeiture until April 29, 2024.

1.　On April 26, 2023, the United States Postal Inspection Service ("USPIS") seized $126,000.00 in U.S. Currency from the Claimant ("the Defendant Currency").

2.　The USPIS commenced administrative forfeiture proceedings for the Defendant Currency and sent written notice to all known interested parties of its intent to forfeit the Defendant Currency.

3.　On June 30, 2023, USPIS received a claim for the Defendant Currency from Tezzaree Champion through his attorney, C. Connor Cremens.

United States v. $1260,000.00 in U.S. Currency
Case No. 23-mc-93 (PJS/DTS)
Second Stipulation to Extend Deadline to File Complaint

4. The time has expired for any other person to file a claim for the Defendant Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no other claims for any portion of the currency have been received from any other individual or entity.

5. Under 18 U.S.C. § 983(a)(3)(A), the government has 90 days after a claim has been filed in an administrative action to bring a civil complaint for forfeiture, "except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

6. On September 28, 2023, Magistrate Judge David T. Schultz extended the deadline to file a civil forfeiture case against the defendant currency to January 28, 2024, pursuant to the parties' stipulation.

7. The parties agree to further extend the deadline under 18 U.S.C. § 983(a)(3) for filing a judicial forfeiture proceeding with respect to the Defendant Currency until April 29, 2024 in order to, among other things, allow time to for settlement discussions.

Dated: 1/22/2024

ANDREW M. LUGER
United States Attorney

*s/Craig Baune*
BY: CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Craig.baune@usdoj.gov

*United States v. $1260,000.00 in U.S. Currency*
Case No. 23-mc-93 (PJS/DTS)
*Second Stipulation to Extend Deadline to File Complaint*

| | |
|---|---|
| Date: 1/26/2024 | KOWITZ LAW |
| | *s/Connor Cremens* |
| | C. CONNOR CREMENS, Esq. |
| | Attorney ID No. 398326 |
| | P.O. Box 598 |
| | Lindstrom, MN 55045 |
| | 651.560.5980 |
| | connor@kowitzlaw.com |
| | |
| | Attorney for Claimant |
| | Tezzaree Champion |