## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>$126,000.00 IN U.S. CURRENCY,<br><br>           Defendant,<br><br>and<br><br>TEZZAREE CHAMPION,<br><br>           Claimant. | Case No. 23-mc-00093 (PJS/DTS)<br><br>**[PROPOSED]**<br>**SECOND ORDER EXTENDING**<br>**DEADLINE TO**<br>**COMMENCE JUDICIAL**<br>**FORFEITURE**<br>**PROCEEDINGS** |

Based on the Stipulation to Extend Time to Commence Judicial Forfeiture Proceedings between the Plaintiff and the Claimant for the Defendant Currency,

IT IS HEREBY ORDERED that the deadline under 18 U.S.C. § 983(a)(3) for commencing judicial forfeiture proceedings against the Defendant $126,000.00 in U.S. Currency is extended until April 29, 2024.

Dated:

                                                                             _____
                                                                             The Honorable David T. Schultz
                                                                             United States Magistrate Judge