**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Case No. 23-mc-93 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| $126,000.00 in U.S. Currency, | |
| Defendant, | |
| and | |
| Tezzaree Champion, | |
| Claimant. | |

---

The parties filed a third stipulation, Dkt. No. 8, to extend time to commence judicial forfeiture proceedings between the Plaintiff and the Claimant for the Defendant Currency.

**IT IS HEREBY ORDERED:** Judicial forfeiture proceedings against the Defendant $126,000.00 in U.S. Currency shall commence on or before May 29, 2024.

Dated: April 25, 2024                     ___s/David T. Schultz_____
                                          DAVID T. SCHULTZ
                                          U.S. Magistrate Judge